UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM**



FILED
AUG 2 2 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                                RE:    **Armando Garza**
                                          **Docket Number:   05CR00059 AWI**
                                          **PERMISSION TO TRAVEL**
                                          <u>**OUTSIDE THE COUNTRY**</u>

Your Honor:

The releasee is requesting permission to travel to Rosarito, Baja, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 5, 2006, Armando Garza was sentenced for the offenses of 18 USC 1344(2) & 2--Bank Fraud and Aiding and Abetting, and 18 USC 287 & 2--Making and Presenting a False Claim and Aiding and Abetting.

**Sentence imposed:** BOP 8 days; Supervised Release 60 Months; Special Assessment $200.00. Special conditions of supervision include: Search & Seizure, Restitution $28,759.77, Do Not Dispose of Assets, Financial Disclosure, No New Credit, Home Detention 180 days, Cooperate With IRS in Determining and Payment of Any Taxes Owed, Submit to Collection of DNA.

**Dates and Mode of Travel:** Last week of August or first week of September 2007. Will travel to Mexico via sister's personal vehicle and return via bus.

**RE:** **Armando Garza**
**Docket Number:   05CR00059-02 AWI**
**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

**Purpose:** Family visit with Sister, Armanda Lara.

Respectfully Submitted,

**Dan L. Vianello**
**Senior United States Probation Officer**

**DATED:**   August 17, 2007
Visalia, California
DLV/dv

**REVIEWED BY:** _____
**Rick C. Louviere**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved ____X_____       Disapproved _____

_8-21-07_                           _____
**Date**                            **Oliver W. Wanger**
                                    **United States District Judge**