UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM



Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                RE:    Armando Garza
                      Docket Number: 05CR00059-02 AWI
                      PERMISSION TO TRAVEL
                      <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The releasee is requesting permission to travel to Rosarito, Baja, Mexico. He is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On September 5, 2006, Armando Garza was sentenced for the offenses of 18 USC 1344(2) & 2-Bank Fraud and Aiding and Abetting, and 18 USC 287 & 2-Making and Presenting a False Claim and Aiding and Abetting.

**Sentence imposed:** BOP 8 days; Supervised Release 60 Months; Special Assessment $200.00. Special conditions of supervision include: Search & Seizure, Restitution $28,759.77, Do Not Dispose of Assets, Financial Disclosure, No New Credit, Home Detention 180 days, Cooperate With IRS in Determining and Payment of Any Taxes Owed, Submit to Collection of DNA.

**Dates and Mode of Travel:** December 8, 2008, returning December 17, 2008. Will travel to Mexico via personal vehicle.

**RE:     Armando Garza**
**Docket Number:   05CR00059-02 AWI**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** Family visit with Sister, Armanda Lara.

Respectfully Submitted,

/s/ Scott J. Waters

**SCOTT J. WATERS**
**Senior United States Probation Officer**

**DATED:** December 4, 2008
Visalia, California
SJW

**REVIEWED BY:**   /s/ Thomas A. Burgess
**THOMAS A. BURGESS**
**Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**   (no objection by AUSA)
Approved  ✓                              Disapproved _____

_Dec 4, 2008_                             _[signature], for_
**Date**                                   Anthony W. Ishii
                                           **Chief United States District Judge**